119 So.2d 607

**Barney COHEN**

v.

**STATE.**

**6 Div. 547.**

Supreme Court of Alabama.

April 7, 1960.

Rogers, Howard & Redden, Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Barney Cohen for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Cohen v. State, 119 So.2d 607.

Writ denied.

All the Justices concur.

116 So.2d 388

**Wilfred DUFRESNE**

v.

**STATE.**

**3 Div. 897.**

Supreme Court of Alabama.

Dec. 10, 1959.

Dean & Kaufman, Montgomery, for petitioner.

MacDonald Gallion, Atty. Gen., and Jos. D. Phelps, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Wilfred Dufresne for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Dufresne v. State, 116 So.2d 385.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.